THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLORIA A. HRESTAK-GUMBY, | : |
| Plaintiff, | : |
| v. | : 3:16-CV-1113 |
| | : (JUDGE MARIANI) |
| NANCY A. BERRYHILL, | : |
| Acting Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 16th DAY OF MAY, 2019, upon review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 17) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 17) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** for further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge